IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re the Matter of J.P. and E.P.:<br>ARNAUD PARIS,<br><br>           Plaintiff,<br><br>           v.<br><br>HEIDI MARIE BROWN,<br><br>           Defendant. | Civ. No. 1:22-cv-01593-MC<br><br>JUDGMENT |

MCSHANE, Judge:

      Based on the Court's Findings of Fact and Conclusions of Law, the Petition for Return of Children under the Hauge Convention is DENIED. The children will remain in Ashland, Oregon for the 2022-2023 school year. No further Opinion will be filed. Judgment for Respondent.

IT IS SO ORDERED.

      DATED this 7th day of December, 2022.

                                                             /s/ Michael J. McShane<br>
                                                             Michael McShane<br>
                                                         United States District Judge